UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LLC ENERGOALLIANCE,

      Petitioner,                        Case No. 14-cv-01921 (CRC)

      v.

REPUBLIC OF MOLDOVA,

      Respondent.

## Notice of Appeal

PLEASE TAKE NOTICE that Respondent REPUBLIC OF MOLDOVA hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Decision and Final Order entered on August 23, 2019 (Dkt. 59, 60) granting Petition to Confirm Foreign Arbitral Award and denying Respondent Republic of Moldova's Renewed Motion to Dismiss, and all previous orders and judgments that are merged into that Decision and Order, including but not limited to the Order entered on November 13, 2018 (Dkt. 42) granting the granting Petitioner's Motion to Lift Stay and denying Respondent's Motion to Extend Stay.

DATED: August 30, 2019              s/ Arkady Bukh, Esq.
                                                    BUKH LAW FIRM PLLC
                                                    1123 Avenue Z
                                                    Brooklyn, NY 11235
                                                    (718) 376-4766
                                                    honorable@usa.com
                                                    Attorneys for Respondent