UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LLC ENERGOALLIANCE,

      Petitioner,                              Case No. 14-cv-01921 (CRC)

      v.

REPUBLIC OF MOLDOVA,

      Respondent.

**Notice of Appeal**

PLEASE TAKE NOTICE that Respondent REPUBLIC OF MOLDOVA hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion and Final Order entered on October 2, 2019 (Dkt. 66, 67) granting Motion for Judgment entered in favor of Petitioner LLC Komstroy, as successor in interest to LLC Energoalliance, against Republic of Moldova in the amount of $58,591,058.50 USD, and all previous orders and judgments that are merged into that Memorandum Opinion and Final Order, including but not limited to Decision and Order entered on August 23, 2019 (Dkt. 59, 60), granting Petition to Confirm Foreign Arbitral Award and denying Respondent Republic of Moldova's Renewed Motion to Dismiss, and the Order entered on November 13, 2018 (Dkt. 42), granting the granting Petitioner's Motion to Lift Stay and denying Respondent's Motion to Extend Stay.

DATED: October 14, 2019                  s/ Arkady Bukh, Esq.
                                                   BUKH LAW FIRM PLLC
                                                   1123 Avenue Z
                                                   Brooklyn, NY 11235
                                                   (718) 376-4766
                                                   honorable@usa.com
                                                   Attorneys for Respondent