# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LLC SPS STILEKS**,<br><br>  Petitioner,<br><br> v.<br><br>**THE REPUBLIC OF MOLDOVA**,<br><br>  Respondent. | Case No. 14-cv-1921 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [Dkt. No. 103] Petitioner's Motion for an Order Pursuant to 28 U.S.C. § 1610(c) Authorizing Enforcement of Judgment is GRANTED.  Based on the Court's findings that Respondent has received notice of the Court's [Dkt. No. 100] Judgment entered December 7, 2021, and that a reasonable period of time has elapsed since the entry of judgment, see 28 U.S.C. § 1610(c), Petitioner is entitled to enforce the judgment against Respondent in any manner consistent with 28 U.S.C. § 1610 and any other applicable provisions of law.  It is further

**ORDERED** that [Dkt. No. 108] Petitioner's Motion to Compel Production of Documents and Answers to Interrogatories is GRANTED, except as to request for production number 16.

**SO ORDERED**.

CHRISTOPHER R. COOPER<br>
United States District Judge

Date:  March 23, 2023