UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SPC LLC STILEKS**<br><br>*Petitioner,*<br><br>v.<br><br>**REPUBLIC OF MOLDOVA,**<br><br>*Respondent.* | Case No. 1:14-cv-01921 (CRC) |

## EIGHTH DECLARATION OF VIACHESLAV LYCH

I, **VIACHESLAV LYCH**, hereby declare and state as follows:

1. I am over the age of 21, and I am competent to make this Declaration.

2. This Declaration is made upon personal knowledge, information, or belief, and insofar as it is made upon information or belief, I believe the same to be true.

3. I am a resident of Kyiv, Ukraine.

4. I am duly admitted to practice law in Ukraine and am the managing partner of the law firm Vyacheslav Lych and Partners.

5. I am counsel for LLC SPC Stileks ("Stileks").

6. I submit this Declaration in support of Stileks' opposition to Moldova's Motion for Relief from Judgment.

7. On or about January 25, 2023, I was advised by French counsel for Stileks that according to French law, the time limit for appeal of the Paris Court of Appeal's, January 10, 2023, decision is two months after Stileks receives service of summons plus time limits for

distance. A true and correct copy of the letter of the Stileks's counsel in French court proceedings is attached hereto as Exhibit "A."

8.  As of the date of this declaration, Stileks did not receive service of summons in the Paris Court of Appeals matter.

9.  Should Stileks receive the summons, it intends to file an appeal with the Court of Cassation in due course.

Executed:   September 7, 2023

_____
Viacheslav Lych

4868-5191-3598, v. 1

2