# EXHIBIT A

**January 25, 2023, Letter from French Counsel for LLC SPC Stileks**



# SCP GRAPPOTTE BENETREAU

ASSOCIATED LAWYERS
FORMER LAWYERS AT THE COURT OF APPEAL OF PARIS

ASSOCIATED LAWYERS

**Anne Grappotte-Bénétreau**
**Marc Grappotte**

LAWYERS

**Alexis Sobieraj**

TEYNIER PIC
**Mr. Raphaël KAMINSKY**
ATTORNEY AT LAW

By email

PARIS, January 25, 2023

**References to be reminded imperatively:**

SR/20210077
**AFF. STILEKS SCIENTIFIC AND PRODUCTION FIRM / REPUBLIC OF MOLDOVA**

My dear Master,

I would like to inform you that our colleague Maître BOCCON GIBOD, lawyer for the REPUBLIC OF MOLDAVIA, has just notified me of the judgment rendered on 10 January 2023 by RPVA dated 25 January 2023.

However, if our client should receive a service of summons, I would like to draw your attention to the fact that the said service of summons will cause the time limit for appeal to the Supreme Court of Appeal to run for two months, plus the time limits for distance.

I wanted to let you know.

Yours truly,

49, RUE ROUELLE 75015 PARIS - Phone : +33 (0) 1 53 68 07 97 - Fax : +33 (0) 1 42 50 03 40 -
scp@grappotte.com - TOQUE : K111
PROFESSIONAL PARTNERSHIP OF LAWYERS
MEMBER OF AN APPROVED ASSOCIATION - PAYMENT BY CHEQUE IS ACCEPTED

**Exhibit A Page 1**



**SCP GRAPPOTTE BENETREAU**

AVOCATS ASSOCIES
ANCIENS AVOUES PRES LA COUR D'APPEL DE PARIS

<u>AVOCATS ASSOCIÉS</u>
**Anne Grappotte-Bénétreau**
*Marc Grappotte*

<u>AVOCATS</u>
**Alexis Sobieraj**

TEYNIER PIC
**Maître Raphaël KAMINSKY**
AVOCAT A LA COUR

**Par courriel**

PARIS, le 25 janvier 2023

<u>Références à rappeler impérativement :</u>
SR/20210077
AFF. : STILEKS SCIENTIFIC AND PRODUCTION FIRM / REPUBLIQUE DE MOLDAVIE

Mon cher Maître,

Je vous informe que notre confrère Maître BOCCON GIBOD avocat de la REPUBLIQUE DE MOLDAVIE vient de me signifier l'arrêt rendu le 10 janvier 2023 par RPVA en date du 25 janvier 2023.

Si toutefois notre mandante venait recevoir une signification à partie, j'attire votre attention sur le fait que ladite signification fera courir à son encontre le délai de pourvoi en cassation de 2 mois augmenté des délais de distance.

Je tenais à vous en aviser.

Votre bien dévoué,

49, RUE ROUELLE 75015 PARIS – Tél. : +33 (0) 1 53 68 07 97 – Fax : +33 (0) 1 42 50 03 40 –
scp@grappotte.com – TOQUE : K111
SOCIETE CIVILE PROFESSIONNELLE D'AVOCATS
MEMBRE D'UNE ASSOCIATION AGREE – LES REGLEMENTS PAR CHEQUES SONT ACCEPTES

**Exhibit A Page 2**