# 12008E267

**Consolidated version of the Treaty on the Functioning of the European Union - PART SIX: INSTITUTIONAL AND FINANCIAL PROVISIONS - TITLE I: INSTITUTIONAL PROVISIONS - Chapter 1: The institutions - Section 5: The Court of Justice of the European Union - Article 267 (ex Article 234 TEC)**

*Official Journal 115 , 09/05/2008 P. 0164 - 0164*

---

Article 267

(ex Article 234 TEC)

The Court of Justice of the European Union shall have jurisdiction to give preliminary rulings concerning:

(a) the interpretation of the Treaties;

(b) the validity and interpretation of acts of the institutions, bodies, offices or agencies of the Union;

Where such a question is raised before any court or tribunal of a Member State, that court or tribunal may, if it considers that a decision on the question is necessary to enable it to give judgment, request the Court to give a ruling thereon.

Where any such question is raised in a case pending before a court or tribunal of a Member State against whose decisions there is no judicial remedy under national law, that court or tribunal shall bring the matter before the Court.

If such a question is raised in a case pending before a court or tribunal of a Member State with regard to a person in custody, the Court of Justice of the European Union shall act with the minimum of delay.

--------------------------------------------------

EXHIBIT C