# AVOCATS BARREAU • PARIS

**SERVICE DE L'EXERCICE PROFESSIONNEL**

ORDRE DES AVOCATS DE PARIS
W W W . A V O C A T P A R I S . O R G

Secrétariat Affaires Générales

**ADDLESHAW GODDARD (EUROPE) LLP**
**Madame Ioana KNOLL-TUDOR**
Avocate à la Cour
32 AVENUE KLEBER
75116 PARIS

Paris, le 18 décembre 2023

**OBJET**          ● Attestation Good standing

**NOS REFS**    ● CDA/VL/115318

La soussignée certifie que **Madame Ioana KNOLL-TUDOR**, née le 24 août 1979 à BUCAREST, Roumanie, a prêté le serment d'avocat devant la Cour d'Appel de Paris le 21 septembre 2016.

**Madame Ioana KNOLL-TUDOR** est inscrite au Tableau du Barreau de Paris depuis le 21 septembre 2016.

**Madame Ioana KNOLL-TUDOR** est autorisée à exercer la profession d'avocat et n'a fait l'objet d'aucune sanction disciplinaire.

## CERTIFICATE

I hereby certify that Mrs **Ioana KNOLL-TUDOR,** born on August 24th 1979 in BUCAREST (Romania), was admitted as "Avocate à la Cour" on September 21st 2016, date from which she took the oath before the Paris Court of Appeal.

Mrs **Ioana KNOLL-TUDOR** has her name entered on the roll «Tableau» and has been admitted to the Paris Bar from Septembre 21st 2016.

Mrs **Ioana KNOLL-TUDOR** is currently entitled to practice in her home jurisdiction, she is in good standing as an attorney and practices in accordance with regulations, that no proceedings are pending against her and that no disciplinary action has been taken against her.

**CHRISTINE DEIS-ACHRAFI**
Responsable du Service de l'Exercice Professionnel

**EXHIBIT 1**

