

ILUSTRE COLEGIO
DE LA ABOGACÍA
DE MADRID

18159/2023

# JOSÉ IGNACIO MONEDERO MONTERO DE ESPINOSA

Secretario del Ilustre Colegio de la Abogacía de Madrid

CERTIFICO:

Que de los antecedentes que obran en esta Secretaría de mi cargo, aparece que la colegiada doña IOANA KNOLL-TUDOR, se incorporó a este Colegio el día 26 de septiembre de 2007, con el número de colegiada 82.351, siendo su situación actual de EJERCIENTE. Ha abonado las cargas anejas a su carácter de colegiada, sin que de su expediente se derive nota alguna desfavorable.

**En el expediente colegial consta el histórico de situaciones siguiente:**

- El día 26 de septiembre de 2007 su situación es de no ejerciente.

- Desde el 27 de septiembre de 2007 hasta la fecha de emisión del presente certificado se encuentra en situación de colegiada ejerciente.

Y para que conste, a petición de la interesada y a los efectos que procedan expido y firmo la presente en Madrid a 18 de diciembre de 2023.



**EXHIBIT 2**

Ilustre Colegio de la Abogacía de Madrid.

Documento firmado electrónicamente por:
ICAM Servicio Web Seguro - 18/12/2023 12:01