

# IOANA KNOLL-TUDOR, PHD

**International arbitration lawyer admitted to the Madrid bar (2007) and Paris bar (2016). Romanian national.**

**Representing clients in Romanian, French, English, Spanish and Italian.**

**Author of "***The Standard of Fair and Equitable Treatment in the International Law of Foreign Investment***", OUP, 2008 (2nd edition in preparation).**

---

## PROFESSIONAL EXPERIENCE

*Arbitrator*

- Acting as arbitrator (chair, co-arbitrator, sole arbitrator) appointed both by arbitral institutions and parties, in arbitration proceedings conducted under institutional and *ad-hoc* rules.

**Addleshaw Goddard LLP Law firm**                                                                        **Paris, France**

*Partner*                                                                                                   *October 2023 – present*

- Member of the International Arbitration Practice of Addleshaw Goddard LLP;
- Advising and representing clients in international commercial arbitration and investment arbitration proceedings, with a particular focus on the energy, construction, competition & distribution and post-M&A sectors;
- Acting in post-arbitration proceedings (annulment and enforcement of arbitral awards) before French courts;

**Jeantet Law Firm**                                                                              **Paris, France / CEE region**

*Partner*                                                                                             *August 2020 – September 2023*

*Local Partner*                                                                                    *September 2017 – July 2020*

- Heading the international arbitration practice of Jeantet. Advising and representing clients in international commercial arbitration and investment arbitration proceedings;
- Extensive experience in Eastern European related mandates, in cooperation with the Budapest, Kiev and Moscow offices of Jeantet;

**Budapest, Hungary**

*Local Partner*                                                                                    *November 2015 – September 2017*

- Opening and co-managing the office, as a regional hub for South-East Europe;
- Advising clients on major Hungarian transactions as well as regional cross-border transactions, often involving multiple Southern-Eastern European jurisdictions;
- Advising clients on the drafting of their dispute resolution clauses, negotiations, as well as advising and representing clients in international commercial arbitration procedures (institutional and ad-hoc), investment arbitrations and out-of-court settlements.

**Gide Loyrette Nouel Law Firm (GIDE)**                                                         **Budapest, Hungary**

*Senior Associate Lawyer*                                                                       *September 2012 – October 2015*

- Co-head of the South East-Europe Group of the firm which coordinated, from Budapest, the firm's activities in the countries of the region (former Yugoslavia States, Romania, Bulgaria, Greece, Albania, Czech Rep., Slovakia, Slovenia);
- Advising international clients on complex cross border transactions involving multiple jurisdictions;

**EXHIBIT 3**

- Advising clients on international commercial arbitration procedures (institutional and ad-hoc), investment arbitrations and out-of-court settlements.

**Warsaw, Poland**

*Associate Lawyer*                                                                                       *March 2007 – July 2012*

- Advising national and international clients on international commercial arbitration, investment arbitration procedures (ICC, UNCITRAL, SAKIG, ICSID) and international public law issues;
- Advising national and international clients on corporate, M&A and competition issues.

**United Nations Conference for Trade and Development (UNCTAD)**            **Geneva, Switzerland**

*Consultant* – Report on the interconnection between Trade and Invesment Policies   *February – May 2004*

---

### SELECTED REFERENCES IN INTERNATIONAL ARBITRATION

- Acting as arbitrator in ICSID arbitration procedure initiated by a number of German investors against the Kingdom of Spain in the field of renewable energy (ICSID Case No. ARB/19/30 ; first Romanian arbitrator appointed on an ICSID panel),
- Acting as Chairman in an ICC administered arbitration procedure between an Italian construction company and an Eastern European State's national road infrastructure company,
- Acting as co-arbitrator in a VIAC administered arbitration procedure between a Romanian national and an Eastern European State's energy company and relating to the termination of a mandate contract,
- Acted as co-arbitrator in a construction arbitration case (FIDIC) administered by the Court of Arbitration of the Romanian Chamber of Commerce (CCIR) and initiated by a Spanish/Italian consortium against a Romanian State entity,
- Representing a company active in the automotive sector in an ICC administered arbitration procedure related to the violation of a contract for the delivery of spare parts by a Chinese contractor,
- Represented a pharmaceutical group in an ICC administered arbitration related to the representation and warranties given by the seller following the purchase of a company in Nigeria,
- Represented a French agri-food group in an arbitration administered by the International Seed Federation against one of its Russian distributors, in relation to the violation of the distribution agreement,
- Acting as co-arbitrator in a procedure administered by the Court of Arbitration of the Cluj Chamber of Commerce (Romania) related to an important real estate project to be completed in the city of Cluj (Romania),
- Representing an Italian energy company in two *ad-hoc* arbitration procedure initiated by two of its French distributors, following the termination of their distribution agreement for fault,
- Representing an Egyptian company acting as agent, in an arbitration administrated by the Hungarian Court of Arbitration of Budapest and initiated against its long-term principal, a Hungarian company, resulting from the unilateral termination of the agency agreement by the principal),
- Representing a German aluminium company in an ICC arbitration resulting from an M&A transaction, related to interpretation of the representations and warranties of the Seller,
- Acted as sole arbitrator in a case administered by the ICC, between a German investor and an Albanian State entity, related to the construction of municipal waste management station,
- Represented a Swiss company in an *ad-hoc* arbitration against its long-term business partner, a Belgian company, in a dispute connected to a distribution contract in the railway industry,
- Represented a Swedish investor in an ICC administered arbitration against the sellers in a post-M&A dispute in relation to the warranties given by the seller,
- Acting as co-arbitrator in an ICC administered arbitration between a Spanish company and a Romanian State entity in a dispute related with the construction of a highway in Romania,
- Acting as sole arbitrator in an ICC administered case between an Italian company and a Romanian party in a dispute in connection with the construction of a highway in Romania,
- Acting as co-arbitrator in a case administered by the Court of Arbitration of the Romanian Chamber of Commerce (CCIR) between a Romanian company and a Hungarian one in a dispute relating to the execution of a commercial contract on the basis of CISG,

- Represented a German company in an ICC administered procedure related to the post-closing adjustment of the purchase price following an M&A transaction,
- Represented a Romanian client in an annulment procedure initiated by an Indian company, in front of French courts, against an arbitral award rendered by an ICC tribunal with the result that the award was upheld by the Paris Court of Appeal,
- Advised a Dutch investment fund in a dispute administered by the Court of Arbitration of the Polish Chamber of Commerce in relation with to the violation of an investment contract in the real estate sector,
- Advised a Franco-Dutch investment fund in an arbitration proceeding relating to the execution of its share purchase right in a group of shopping centres in Warsaw,
- Advised a Polish automotive distribution group in an arbitration proceeding administered by the ICC against its Chinese counterpart,
- Advised a Ukrainian automotive distribution company in an arbitration proceeding conducted under the UNCITRAL Rules, on the basis of an international sale contract,
- Advised a Danish bank in an arbitration proceeding administered by the ICC resulting from an M&A operation in Poland,
- Advised a French energy distribution company in an arbitration proceeding against the Polish authorities.

## TEACHING / OTHER ACTIVITIES

**Hertie School** **Berlin, Germany**

*Course Lead* *2020 – present*

"Transnational Dialogue on Fostering Entrepreneurship across Africa" for entrepreneurs from Tunisia, Ethiopia, Ghana, Ivory Coast and South Africa and "Law and Management" for entrepreneurs from Tunisia, Ghana and Ivory Coast

**VIS MOOT Court** **Paris, France / Budapest, Hungary / Vienna, Austria**

*Arbitrator* *March 2017 – 2020*

Arbitrator in the French and Hugarian Pre-moots and Arbitrator in the final rounds in Vienna.

**ELTE University, Law Faculty** **Budapest, Hungary**

*Visiting Professor* *September 2012 – present*

Teaching various subject of French business law in the framework of the French law masters program, in cooperation with the University Paris II Assas.

**Warsaw University, College of Law** **Warsaw, Poland**

*Visiting Professor* *September 2008 – June 2012*

Taught French and European business law in the framework of the *Master of French and European business law*.

**Jessup Moot Court Competition**

*Judge* (French, Polish and Romanian national rounds) *2005 - present*

*Member of the University Paris II Team* (represented France in the international rounds) *April 2001*

## EDUCATION

**European University Institute (EUI)** **Florence, Italy**
*Ph.D. (International Law); Research Assistant* *2002 – 2006*

**Spanish Ministry of Education** **Madrid, Spain**
*Licenciada en Derecho* *2007*

**College of Europe** **Warsaw, Poland**
*M.A. in European Studies (Law)* (with honours) *2001 – 2002*

**Université Panthéon Assas** and **Institut des Hautes Etudes Internationales (IHEI)** Paris, France
*Maîtrise en Droit International* *2000 – 2001*
*Licence* completed at the Barcelona University in the framework of the Erasmus program
First two years of law school completed at University Lyon II.

## BAR ADMISSIONS & MEMBERSHIPS

- Madrid bar (2007)
- Paris bar (2016)
- Registered as European Lawyer – Budapest Bar (2014-2023)

- Secretary General of the Paris Arbitration Week (PAW) (2021-2024)
- Board Member of the Stockholm Chamber of Commerce (SCC) Arbitration Institute (2024-2027)
- Member of the Vienna International Arbitration Centre (VIAC) International Board
- Member of the International Bar Association (IBA) Investment Arbitration Subcommittee
- Member of the International Court for Arbitration and Mediation (ICAM) Corporate Arbitration Committee
- Founder and Vice-President of the Romanian chapter of the Club Espanol del Arbitraje (CEA)
- Listed as arbitrator on the list of the Court of International Commercial Arbitration attached to the Chamber of Commerce and Industry in Romania (CICA-CCIR)
- ICC YAF Representative of Europe and Russia (ICC Young Arbitration Forum) (2019-2021)

## RANKINGS & TESTIMONIALS

- Listed as "*Next Generation Partner*" – **The Legal 500 (2023) - International Arbitration (EMEA)**
- "*Ioana Knoll-Tudor is a formidable opponent, you would not want her on the other side. She is highly skilled, a strategic thinker and an excellent debater.*" – **The Legal 500 (2023) - International Arbitration (EMEA)**
- "*Ioana Knoll-Tudor and her team provided us with excellent, prompt and pertinent advice and service.*" – **The Legal 500 (2023) - International Arbitration (EMEA)**
- Ranked as "WWL Future Leader" in Arbitration – **Who's Who Legal (2023)**
- Listed as "*Rising Star Partner*" – **IFLR1000 (2023)**
- International Arbitration - Excellent / Commercial Litigation - Excellent / Mediation - Strong Reputation – **Décideurs Magazine (2022)**
- Arbitration and Mediation – **Best Lawyer (2021 > 2024)**

4

**LANGUAGES AND PERSONAL INFORMATION**

| | |
|---|---|
| **Romanian:** | native |
| **French:** | spoken: excellent; written: excellent |
| **English:** | spoken: excellent; written: excellent |
| **Spanish:** | spoken: excellent; written: excellent |
| **Italian:** | spoken: excellent; written: very good |
| **German:** | beginner |

**SELECTED PUBLICATIONS**

'The Standard of Fair and Equitable Treatment in the International Law of Foreign Investment, 2nd ed., Wolters Kluwer (forthcoming 2024) (1st ed., Oxford University Press, 2008);

'Substantive Rights I: Fair & Equitable Treatment, Full Protection and Security' in International Investment Law & Investor-State Disputes in Central Asia (ed. E. Putilin, C. Baltag, K. Duggal, K. Gore), Wolters Kluwer (2023);

'Provision of Legal Services Under the Sanctions Regime Against Russia: The Exception of Arbitration', in Les Cahiers de l'Arbitrage (2023);

'2023 PAW Recap – Day 3: Arbitrating Renewable Energy Disputes in the CEE Region', Kluwer Arbitration Blog (2023);'

'The French Court of Cassation's Perspective Over Consequences of Respondent's Refusal to Pay its Share of the Advance on Costs under ICC Arbitration Rules' in Romanian Arbitration Journal (ed. Cristina Alexe), Wolters Kluwer (2022);

'Recognition or Enforcement and Annulment of Arbitral Awards in France: An Analysis of the Kluwer Research Results', in Journal of International Arbitration (ed. Maxi Scherer), Kluwer Law International (2022);

'Specific enfocement issues in Romania' in Enforcement of Investment Treaty Arbitration Awards : A Global Guide, 2nd edition (ed. J.Fouret), Globe Law & Business, Wolters Kluwer (2021);

'Confidentiality' in Arbitration of M&A Transactions: A Globlal Practical Guide, 2nd edition (ed. E.Poulton), Globe Law & Business (2020);

'Arbitral Practice on the Limitation of Excessive LiquidatedDamages under Hungarian Law' co-authored with Andras Laszlo, in Construction Arbitration in Central and Eastern Europe: Contemprary Issues (eds.C. Baltag and C. Vasile), Kluwer Law International (2020);

'Article 52 (5) and (6)', in The ICSID Convention, Rules and Regulations: A Commentary (ed. by G. Alvarez, J. Fouret, R. Gerbay) (2019);

'Arbitrating in CEE & CIS: Transparency, Accountability and Choice of Arbitrators', Kluwer Arbitration Blog (2019);

'Emergency Arbitration: evidence and practice from seven arbitral institutions', in Austrian International Yearbook on International Arbitration 2018 (eds. C. Klausegger et al.) (2019);

'Fair and Equitable Treatment' index, Jus Mundi database (2019, updated 2020);

'Legitimate Expectations' index, Jus Mundi database (2019, updated 2020);

'The 2018 Hungarian Arbitration Act: Implications of the New Setting Aside Provisions', Kluwer Arbitration Blog (2018);

'Arbitrating with States in CEE and CIS', Kluwer Arbitration Blog (2018);

'Specialised Chambers for International Commercial Disputes: Paris in the Spotlight', Kluwer Arbitration Blog (2018);

'Création d'une Chambre Internationale: Paris au centre de la résolution des litiges commerciaux', Le Monde du Droit (2018);

'Recognition and Enforcement of Foreign Arbitral Awards in Ukraine: The Impact of the New Procedural Codes', *with Oleksiy Soloviov*, Kluwer Arbitration Blog (2018);

'Fair and Equitable Treatment and Human Rights', in Human Rights, International Investment Law and Investor-State Arbitration (ed. E-U Petersmann), Oxford University Press (2009);

'Le droit des investissements et le droit de l'OMC', in Les mutations du droit de l'Organisation Mondiale du Commerce entre influences internationalistes et nécessaires réformes sectorielles (eds. J.Chaisse and T.Balmelli ), EDIS (2007);

'Balancing the breach of the FET standard', Special Issue on Compensation in International Investment, Transnational Dispute Management (2007);

'Making the Most of International Investment Agreements: a Common Agenda', Conference Report, 3:2 Transnational Dispute Management (2006).

In addition to these publications, numerous other press and academic articles.