

# RÉPUBLIQUE FRANÇAISE

*Liberté*
*Égalité*
*Fraternité*

## Légifrance
Le service public de la diffusion du droit

# Code de procédure civile

## Article 604

### Version en vigueur depuis le 01 janvier 1980

> Livre Ier : Dispositions communes à toutes les juridictions (Articles 1 à 749)
> Titre XVI : Les voies de recours. (Articles 527 à 639-4)
> Sous-titre III : Les voies extraordinaires de recours. (Articles 579 à 639-4)
> Chapitre III : Le pourvoi en cassation. (Articles 604 à 639-4)

**Article 604**                                    **Version en vigueur depuis le 01 janvier 1980**

Le pourvoi en cassation tend à        **Modifié par Décret 79-941 1979-11-07 art. 2 JORF 9 novembre 1979 en vigueur le 1 janvier 1980**
faire censurer par la Cour de
cassation la non-conformité du jugement qu'il attaque aux règles de droit.

**EXHIBIT 4**

CODE OF CIVIL PROCEDURE

## CODE OF CIVIL PROCEDURE

CHAPTER III
APPEAL IN CASSATION

Articles 605 to 604

**Article 604**
*(Decree n°79-941 of 7 November 1979, Article 2, Official Journal of 9 November 1979 in force on 1 January 1980)*
   The appeal in cassation shall tend to ask the Court of Cassation to quash the nonconformity of the judgement to the rules of law.